IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CRIMINAL NO. 16-CR-30136-NJR** |
| vs. ) | |
| ) | |
| **RUBEN X. NUNEZ-POLANCO,** ) | |
| ) | |
| **Defendant.** ) | |

## PRELIMINARY ORDER OF FORFEITURE

In the Indictment filed in this case, the United States sought forfeiture of property of the defendant, Ruben X. Nunez-Polanco, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). The Court, upon consideration of the guilty plea in this matter, hereby orders forfeited the following property:

**A Rock Island Armory Inc. pistol, Model M1911 A2 FS MM, caliber .22, bearing serial number TCM021533;**

**A Rock Island Armory Inc. pistol, Model M1911 A2 FS MM, caliber .22, bearing serial number TCM021534;**

**A Rock Island Armory Inc. pistol, Model M1911 A2 FS MM, caliber .22, bearing serial number TCM021535;**

**A Rock Island Armory Inc. pistol, Model M1911 A2 MS MM, 9 mm, bearing serial number TCM022662; and**

**A Bersa pistol, Model Thunder 380 Plus, caliber .380, bearing serial number G29552; any and all ammunition contained in or with the firearms.**

The United States shall provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that a petition will be set for a hearing to adjudicate the validity of the

petitioner's interest in the property. Any such petition shall be signed by the petitioner under penalty of perjury, set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, and include any additional facts supporting the petitioner's claim and the relief sought.

The United States shall, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property subject to this Order for Forfeiture, as the substitute for the published notice to those persons.

Upon the filing a petition alleging a third-party's interest in the property, the Court may amend this order to resolve the claimed third-party's interest.

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall seize and reduce to her possession, if she has not already done so, the above-described property.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Ruben X. Nunez-Polanco at the time of the Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined. This Order shall be made part of the sentence of Defendant Ruben X. Nunez-Polanco and shall be included in the Judgment imposed against him. This Order is a final order with respect to Defendant but may be amended with respect to petitions filed by third-parties claiming an interest in the forfeited property.

The United States may abandon forfeiture of the property by filing notice of the abandonment with the Court.

**IT IS SO ORDERED.**

**DATED:  November 1, 2017**

*[Signature: Nancy J. Rosenstengel]*

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**